IN THE SUPREME COURT OF TEXAS

 No. 11-0732

 IN RE STEPHANIE LEE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed September 15,
2011, is granted. The trial set for January 30, 2012 in Cause No. 2005-
41798, styled In the Interest of K.N.R., in the 309th District Court of
Harris County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 27, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk